UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| MARRICCO A. SYKES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:11-cv-185-JMS-MJD |
| MR. ELLIOT, et al., | ) | |
| Defendants. | ) | |

### Order Denying Post-judgment Motion

Motions require reasons. Rule 7(b)(1) states in relevant part, "An application to the court for an order shall be made by motion which, unless made during a hearing or trial, shall be made in writing, shall state with particularity the grounds therefor, and shall set forth the relief or order sought." **Fed.R.Civ.P.** 7(b)(1). In the Seventh Circuit, "particularity" has been interpreted to mean "reasonable specification." *Talano v. Northwestern Med. Faculty Found., Inc.,* 273 F.3d 757, 760 (7th Cir. 2001).

Because the plaintiff's post-judgment motion filed on December 28, 2011 [26] lacks a coherent statement of reasonable specification for the relief sought or the reasons therefor, that motion is **denied.**

A copy of the motion referred to in this Order shall be included with the plaintiff's copy of this Order.

**IT IS SO ORDERED.**

Date: 01/03/2012

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

Marricco A. Sykes
08155-062
Lewisburg U.S.P
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**