UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| MARRICCO A. SYKES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:11-cv-185-JMS-MJD |
| | ) | |
| MR. ELLIOT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Entry Concerning Selected Matters

Motions require reasons. Rule 7(b)(1) states in relevant part, "An application to the court for an order shall be made by motion which, unless made during a hearing or trial, shall be made in writing, shall state with particularity the grounds therefor, and shall set forth the relief or order sought." **Fed.R.Civ.P.** 7(b)(1). In the Seventh Circuit, "particularity" has been interpreted to mean "reasonable specification." *Talano v. Northwestern Med. Faculty Found., Inc.,* 273 F.3d 757, 760 (7th Cir. 2001).

Because the plaintiff's additional post-judgment motions [28], [29] and [30] lack a coherent statement of reasonable specification for the relief sought or the reasons therefor, those motions are **denied.** The court adds that the plaintiff's claim for damages as a result of the adjudication in this action is not properly appended to the action, especially following the issuance of final judgment. The plaintiff is aware of his new lawsuit docketed as No. 1:12-cv-12-RLY-DML and may proceed as directed and permitted in that case.

A copy of the motions referred to in this Order shall be included with the plaintiff's copy of this Order.

**IT IS SO ORDERED.**

Date: 01/25/2012

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Marricco A. Sykes
08155-062
Lewisburg U.S.P
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**